IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SANDRA LADIK, JACKIE GOEBEL,
MARIE COGGINS and
SONDRA STEEB-LAMB,                                                JUDGMENT IN A CIVIL CASE

    Plaintiffs,                                                                Case No. 13-cv-123-bbc

v.

WAL-MART STORES, INC.,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Wal-Mart Stores Inc., granting its motion for summary judgment and dismissing this case.

    s/V. Olmo, Deputy Clerk                                                        8/22/2014
    Peter Oppeneer, Clerk of Court                                                Date